**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**SHELBY DIVISION**

IN RE:
JAMES AARON ELLENBURG      CASE NO: 09-40909
KRISTEN CONNELLY ELLENBURG
SSN#: XXX-XX-3985
SSN#: XXX-XX-6564

**MOTION OF THE TRUSTEE TO SET LIABILITY OF THE DEBTORS AS TO CLAIMS**

The undersigned, being the Standing Trustee for the debtors listed above, hereby moves the court to set the liability of the debtors upon claims in this case as specific individual or joint as denominated in the ownership field below as: J = Joint, H = Male Debtor, W = Female Debtor

| Payee | Trustee Claim # | Clerk Claim # | Ownership | Creditor Type | Level | Filed Clm Amnt | Allowed Clm Amnt | Acct # (Last 4) |
|---|---|---|---|---|---|---|---|---|
| ALLIED INTERSTATE INC | 15 | | | U-Unsecured | 80 | $0.00 | NOT FILED | 4507 |
| AMERICAN HONDA FINANCE CORP | 3 | 14 | H | C-Car (910) | 50 | $1,108.15 | $1,108.15 | 5159 |
| AMERICAN INFOSOURCE LP AS AGENT FOR | 24 | 12 | H | U-Unsecured | 80 | $732.09 | $732.09 | 7142 |
| Andrea Gale Farmer | 1 | | J | B-Base Attorney Fee(s) | 20 | $2,846.00 | $1,021.00 | |
| Andrea Gale Farmer | 2 | | J | B-Base Attorney Fee(s) | 50 | $404.00 | $404.00 | |
| Bell Sports Inc | 18 | | | U-Unsecured | 80 | $0.00 | NOT FILED | |
| BEST BUY | 19 | | | U-Unsecured | 80 | $0.00 | NOT FILED | 1158 |
| BRANCH BANKING AND TRUST CO | 37 | 8 | H | U-Unsecured | 80 | $35.00 | $35.00 | 1975 |
| BRANCH BANKING AND TRUST CO | 16 | 10 | J | U-Unsecured | 80 | $15,796.10 | $15,796.10 | 6606 |
| BRANCH BANKING AND TRUST CO | 17 | 9 | H | U-Unsecured | 80 | $2,065.98 | $2,065.98 | 6544 |
| CHASE BANK USA NA | 20 | 5 | W | U-Unsecured | 80 | $3,546.30 | $3,546.30 | 9618 |
| CITIFINANCIAL INC | 4 | 15 | H | U-Unsecured | 80 | $5,643.00 | $5,643.00 | 1646 |
| COASTAL FEDERAL CREDIT UNION | 21 | 3 | J | U-Unsecured | 80 | $14,037.21 | $14,037.21 | 233 |
| Deana Brafford Bean | 36 | | | R-DSO-Ongoing Payments | 98 | $0.00 | PAY OUTSIDE | |
| DIRECTV Inc | 22 | | | U-Unsecured | 80 | $0.00 | NOT FILED | 4936 |
| Dish Network | 23 | | | U-Unsecured | 80 | $0.00 | NOT FILED | 3046 |
| FIRST NATIONAL BANK | 5 | 1 | J | U-Unsecured | 80 | $24,603.07 | $24,603.07 | 2305 |
| GE MONEY BANK | 6 | 20 | J | U-Unsecured | 80 | $4,648.80 | $4,648.80 | 3308 |
| GE MONEY BANK | 25 | 18 | J | U-Unsecured | 80 | $3,091.09 | $3,091.09 | 6815 |
| HSBC BANK NEVADA NA | 11 | 17 | H | U-Unsecured | 80 | $6,292.10 | $6,292.10 | 1737 |
| INTERNAL REVENUE SERVICE | 12 | | | Z-Notice Only | 99 | $0.00 | NOT FILED | |
| J&M Acceptance Corp | 9 | 13 | J | C-Car (910) | 50 | $11,350.94 | $11,350.94 | 9220 |
| Moses Cone Health Systems | 27 | | | U-Unsecured | 80 | $0.00 | NOT FILED | 2744 |
| NC DEPT OF REVENUE | 13 | | | Z-Notice Only | 99 | $0.00 | NOT FILED | |
| NORTHLAND GROUP INC | 28 | | | U-Unsecured | 80 | $0.00 | NOT FILED | 3179 |
| PRA Receivables Management LLC as agent of | 26 | 11 | W | U-Unsecured | 80 | $4,102.22 | $4,102.22 | 4484 |
| PRA Receivables Management LLC as agent of | 32 | 7 | H | U-Unsecured | 80 | $1,021.45 | $1,021.45 | 4507 |

| Payee | Trustee Claim # | Clerk Claim # | Owner ship | Creditor Type | Level | Filed Clm Amnt | Allowed Clm Amnt | Acct # (Last 4) |
|---|---|---|---|---|---|---|---|---|
| RADIO SHACK | 29 | | | U-Unsecured | 80 | $0.00 | NOT FILED | 3179 |
| Rutherford County Tax Office | 38 | | | Z-Notice Only | 99 | $0.00 | NOT FILED | 9945 |
| SLMA on behalf of | 14 | 4 | W | U-Unsecured | 80 | $604.86 | $604.86 | 6564 |
| Staples | 30 | | | U-Unsecured | 80 | $0.00 | NOT FILED | 9685 |
| State Employees Credit Union | 31 | 6 | H | S-Secured-Pro-Rata | 50 | $25.27 | $25.27 | 9101 |
| State Employees Credit Union | 10,031 | 6 | H | U-Unsecured | 80 | $2,518.34 | $2,518.34 | 9101 |
| SUSQUEHANNA COMMERCIAL FINANCE INC | 35 | 16 | J | U-Unsecured | 80 | $4,116.00 | $4,116.00 | 1953 |
| US BANK NA | 39 | 19 | J | N-Mortgage/Lease Arrears | 50 | $1,086.35 | $1,086.35 | 5285 |
| US BANK NA | 7 | 19 | J | M-Mortgage/Lease | 30 | $218,374.77 | $0.00 | 5285 |
| US BANK NA | 8 | 19 | J | Q-Mortgage Admin Arrears | 50 | $2,761.38 | $2,761.38 | 5285 |
| Wells Fargo Bank NA | 33 | 2 | W | U-Unsecured | 80 | $8,021.54 | $8,021.54 | 0676 |
| Western Power Sports Inc | 34 | | | U-Unsecured | 80 | $0.00 | NOT FILED | 0496 |
| WESTGATE RESORTS | 10 | | | U-Unsecured | 80 | $0.00 | NOT FILED | |

DATED:   November 02, 2010

Steven G. Tate
Standing Chapter 13 Trustee
PO Box 1778
Statesville, NC  28687-1778

**\*\*NOTICE OF OPPORTUNITY FOR HEARING ATTACHED\*\***

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**SHELBY DIVISION**

IN RE:
JAMES AARON ELLENBURG                                              CASE NO:   09-40909
KRISTEN CONNELLY ELLENBURG
SSN# :   XXX-XX-3985
SSN# :   XXX-XX-6564

## NOTICE OF OPPORTUNITY FOR HEARING

The Chapter 13 trustee has filed papers in the bankruptcy case for the debtors named above requesting a MOTION OF THE TRUSTEE TO SET LIABILITY OF THE DEBTORS AS TO CLAIMS.

**Your rights may be affected.**  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  If you do not have an attorney, you may wish to consult one.

If you do not want the court to grant the relief requested by the trustee in the motion, or if you want the court to consider your views on the motion, then within twenty (20) days of the date of the service of this notice, you or your attorney must file with the court a written response to the motion and a request for a hearing at the following address:

CLERK, U.S. BANKRUPTCY COURT
PO Box 34189
Charlotte, NC  28234-4189

If you **mail** your response to the court for filing, you must mail it early enough for the court to **receive** it on or before the deadline stated above.

If you file a response, then a hearing on the trustee's motion will be held at the following time and place:

Date: December 17, 2010              Time:  9:30 am

Location:     CLEVELAND COUNTY COURTHOUSE
              COURTROOM #5
              SHELBY, NC 28151

**No hearing will be held unless a response is filed.**

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Dated:  11/2/2010                                              Steven G. Tate
                                                               Chapter 13 Trustee

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**SHELBY DIVISION**

IN RE:
JAMES AARON ELLENBURG
KRISTEN CONNELLY ELLENBURG
SSN# :  XXX-XX-3985
SSN# :  XXX-XX-6564

CASE NO:   09-40909

**CERTIFICATE OF SERVICE**

The parties whose names and addresses are listed below were served by United States first class mail, postage prepaid on November 02, 2010.

A. Hamby
Office of the Chapter 13 Trustee

ALLIED INTERSTATE INC, 3000 CORPORATE EXCHANGE DR, 5TH FLOOR, COLUMBUS, OH  43231
AMERICAN HONDA FINANCE CORP, NATIONAL BANKRUPTCY CENTER, PO BOX 168088, IRVING, TX  75016-8088
AMERICAN INFOSOURCE LP AS AGENT FOR, WORLD FINANCIAL NETWORK NATIONAL BANK, PO BOX 248872, OKLAHOMA CITY, OK  73124-8872
Bell Sports Inc, 3367 Paysphere Circle, Chicago, IL  60674
BEST BUY, PO BOX 15521, WILMINGTON, DE  19850-5521
BRANCH BANKING AND TRUST CO, BANKRUPTCY SECTION, PO BOX 1847, WILSON, NC  27894-1847
CHASE BANK USA NA, PO BOX 15145, WILMINGTON, DE  19850-5145
CITIFINANCIAL INC, PO BOX 70923, CHARLOTTE, NC  28272-0923
Citifinancial Retail Services, PO Box 140489, Irving, TX  75014
COASTAL FEDERAL CREDIT UNION, PO BOX 58429, RALEIGH, NC  27658-8429
Deana Brafford Bean, 509 Rhodes Road, Kings Mountain, NC  28086
DIRECTV Inc, PO Box 6550, Greenwood Village, CO  80155-6550
Dish Network, PO Box 9033, Littleton, CO  80160-9033
FIRST NATIONAL BANK, PO BOX 168, SHELBY, NC  28151-0168
GE MONEY BANK, GE CONSUMER FINANCE, PO BOX 960061, ORLANDO, FL  32896-0661
GE MONEY BANK, PO BOX 981127, EL PASO, TX  79998-1127
GE MONEY BANK, PO BOX 981438, EL PASO, TX  79998-1438
HSBC BANK NEVADA NA, BASS & ASSOCIATES PC, 3936 E FT LOWELL ROAD SUITE 200, TUCSON, AZ  85712
INTERNAL REVENUE SERVICE, PO BOX 21125, PHILADELPHIA, PA  19114
INTERNAL REVENUE SERVICE, PO BOX 21126, PHILADELPHIA, PA  19114
J&M Acceptance Corp, 1496 US Hwy 74 Bypass, Spindale, NC  28160
JAMES AARON ELLENBURG AND KRISTEN CONNELLY ELLENBURG,320 WIDD LAWING LN,UNION MILLS, NC  28167
Matthew T McKee Esquire, Rogers Townsend & Thomas PC, Suite 300, 2701 Coltsgate Road, Charlotte, NC  28211
Moses Cone Health Systems, PO Box 26580, Greensboro, NC  27415-6580
NC DEPT OF REVENUE, OFFICE SERV DIV/BANKRUPTCY UNT, PO BOX 1168, RALEIGH, NC  27602-1168
NORTHLAND GROUP INC, PO BOX 390846, EDINA, MN  55439
Pamela P Keenan, Kirschbaum Nanny Keenan & Griffin PA, PO Box 19766, Raleigh, NC  27619-9766
PRA Receivables Management LLC as agent of, Portfolio Recovery Associates LLC, PO Box 12914, Norfolk, VA  23541
PRA Receivables Management LLC as agent of, Portfolio Recovery Associates LLC, PO Box 41067, Norfolk, VA  23541
RADIO SHACK, PO BOX 689182, DES MOINES, IA  50368-9182
Rogers Townsend & Thomas PC, 2701 Coltsgate Rd Ste 300, Charlotte, NC  28211
Rutherford County Tax Office, Attn Linda W Greene Tax Collection Specialist, PO Box 143, Rutherfordton, NC  28139
SLMA on behalf of, United Student Aid Funds Inc, c/o Sallie Mae Guarantee Services Inc, PO Box 9430, Wilkes-Barre, PA  18773-9430
SLMA on behalf of, United Student Aid Funds Inc, Sallie Mae Guarantee Services Inc, PO Box 7167, Indianapolis, IN  46206-7167
Staples, PO Box 689182, Des Moines, IA  50364
State Employees Credit Union, Attn Loss Mitigation, PO Box 25279, Raleigh, NC  27611-5279
SUSQUEHANNA COMMERCIAL FINANCE INC, 1566 MEDICAL DRIVE SUITE 201, POTTSTOWN, PA  19464
US BANK NA, 4801 FREDERICA STREET, OWENSBORO, KY  42301
Wells Fargo Bank NA, 4137 121st St, Urbandale, IA  50323

Wells Fargo Bank NA, Attn: Remittance Processing, PO Box 14487, Des Moines, IA  50306
Western Power Sports Inc, 601 E Gowen Rd, Boise, ID  83716
WESTGATE RESORTS, 2801 OLD WINTER GARDEN RD, OCOEE, FL  34761

Total Served:42

| UNDELIVERABLE MAIL (Insufficient Mailing Address) |
| --- |
| Total:0 |