**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**SHELBY DIVISION**

IN RE:                                                                                               CASE NO:    09-40909
JAMES AARON ELLENBURG
KRISTEN CONNELLY ELLENBURG
SSN# :    XXX-XX-3985
SSN# :    XXX-XX-6564

**NOTICE OF CORRESPONDENCE TO PAYEE**

Enclosed is a mailed but undelivered document returned to this office with an indication from the United States Postal Service that your address differs from the original address indicated on the document.

If indeed this purported address change is accurate, the change must be filed electronically with the Clerk of Bankruptcy Court before we can make any alterations in our system. For the correct procedure to follow, please refer to the Bankruptcy Court's website home page at www.ncwb.uscourts.gov/. Thank you for your help in updating our records.

Dated: November 09, 2010                                                                                    Steven G. Tate
                                                                                                          Chapter 13 Trustee

--------

CERTIFICATE OF SERVICE

Registered users of CM/ECF were served electronically, and all other parties were served by United States first class mail, postage prepaid on November 09, 2010.

                                                                                                 T. Baggarly
                                                                                                 Office of the Chapter 13 Trustee

Radio Shack, PO Box 653054, Dallas TX  75265-3054